UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INTERNATIONAL ASSOCIATION OF HEAT &
FROST INSULATORS and ALLIED WORKERS        CIVIL ACTION NUMBER
LOCAL UNION NO. 12A and TRUSTEES OF         13 CV 08976 (WHP)
LOCAL 12A HEALTH AND ANNUITY FUNDS

                    Plaintiffs,
   -against-

TOPLINE CONTRACTING INC. AND
DLM SERVICES, INC.,
                    Defendants.
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF ATTORNEY

Cynthia Devasia, Esq. and the law firm of Koehler & Isaacs counsel of record for plaintiffs **INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATIORS and ALLIED WORKERS LOCAL UNION NO. 12A and TRUSTEES OF LOCAL 12A HEALTH AND ANNUITY FUNDS** are no longer General Counsel to the Plaintiffs in this action. We have confirmed substitute counsel will be Angelo Bisceglie of the law firm of Bisceglie & Associates located at 112 Madison Avenue, 10th Floor, New York, New York 10016, Telephone 212 532-0002.

Dated: New York, New York
       December 21, 2016

                                Respectfully Submitted,

                                **KOEHLER & ISAACS LLP**

                                *Cynthia Devasia*
                                Cynthia Devasia (CD 0320)
                                61 Broadway, 25th Floor
                                New York, NY 10006
                                (917) 551-1352

SO ORDERED:

_____    4-5-17
WILLIAM H. PAULEY III
U.S.D.J.